UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Cassie A Thompson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-20652<br><br>Chapter:  13<br>Honorable Janet S. Baer<br>Kane |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation to defer the March 2019 trustee payment to the end of the Plan and to suspend the trustee payments for April 2019 and May 2019,

2. Debtor shall resume making the regular trustee payments in June 2019, and

3. The new plan base is $25,650.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 29, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600