UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| CASSIE A. THOMPSON, | ) | Case No. 18-20652 |
| | ) | |
| Debtor. | ) | Hon. JANET S. BAER |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, January 24, 2025,** at **11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in her place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the United States Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: January 13, 2025

/s/ M. Gretchen Silver
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

1

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver,

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on January 8, 2025, at 5:00 p.m.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- David H Cutler    cutlerfilings@gmail.com, r48280@notify.bestcase.com
- Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.axosfs.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

**Parties Served via First Class Mail:**

Cassie A. Thompson
515 Walnut Ave
Elgin, IL  601233

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

HONOR FINANCE COMPANY C/O WESTLAKE PORTFOLIO MANAGEMENT
4751 WILSHIRE BLVD
SUITE 100
LOS ANGELES, CA 90010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| CASSIE A. THOMPSON, | ) | Case No. 18-20652 |
| | ) | |
| Debtor. | ) | Hon. JANET S. BAER |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT
TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AND FOR AUTHORIZATION TO
<u>APPOINT A CHAPTER 7 TRUSTEE</u>**

Adam G. Brief, the Acting United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his attorney, M. Gretchen Silver, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010, for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

1.      This Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.      Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3.      Cassie A. Thompson commenced this case by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on July 24, 2018.  On November 11, 2019, the case converted to a Chapter 7.

4.      Brenda Porter Helms was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee").   On December 18, 2019, the Chapter 7 Trustee filed a Trustee's Report of No Distribution [Dkt. 43].  Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5.      More recently, the U.S. Trustee received notification that there may be potential causes of action that a trustee can pursue on the estate's behalf.

6.      Upon information and belief, the U.S. Trustee believes that the claims may be property of the estate pursuant to 11 U.S.C. § 541(a).

7.      The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8.      Section 350 of the Bankruptcy Code provides that:

(a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

(c) Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9.      Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE,** the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; and (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate and for such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED:

ADAM G. BRIEF
ACTING UNITED STATES TRUSTEE

Dated: January 13, 2025                By: */s/ M. Gretchen Silver*
                                       M. Gretchen Silver, Trial Attorney
                                       Office of the United States Trustee
                                       219 S. Dearborn, Room 873
                                       Chicago, Illinois 60604
                                       (312) 353-5054